Matter of TRUSTEES OF SAILORS' SNUG HARBOR IN THE CITY OF NEW YORK, Respondent, against JOSEPH D. McGOLDRICK, as Comptroller of the City of New York, Appellant.

Argued January 13, 1939; decided February 21, 1939.

*William C. Chanler, Corporation Counsel (Sol Charles Levine, Arthur A. Segall* and *Morris L. Heath* of counsel), for appellant.

*Barent L. Visscher, C. O. Donahue* and *Joseph G. Kelly* for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.